UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BRIAN LAMOND,** | |
| Plaintiff, | **CIVIL ACTION** |
| v. | **FILE NO.: 1:16-CV-03306-AT** |
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | |
| Defendant. | |

## Joint Notice of Settlement

COMES NOW PLAINTIFF, BRIAN LAMOND, by and through his undersigned attorneys, and Defendant NORFOLK SOUTHERN RAILWAY COMPANY, who hereby file this Joint Notice of Settlement, stating as follows:

1. All parties to the above-styled and numbered case have reached a settlement agreement;

2. All parties are working to consummate the settlement and expect this to be completed in the next ten (10) business days;

3. Once the settlement and release has been signed and funds exchanged, the parties will file a Joint Notice of Dismissal with the Court.

1

This 4th day of December, 2017.

Respectfully Submitted,

| | |
|---|---|
| WARSHAUER LAW GROUP, P.C. | HALL BLOCH GARLAND & MEYER, LLP |
| By: */s/Trent Shuping* | By: */s/Daryl G. Clarida* |
| Michael J. Warshauer | Daryl G. Clarida |
| Georgia Bar No. 018720 | Georgia Bar No. 126391 |
| Trent Shuping | Hilary Houston Adams |
| Georgia Bar No. 159083 | Georgia Bar No. 926142 |
| 2740 Bert Adams Road | 900 Circle 75 Pkwy, Suite 500 |
| Atlanta, Georgia 30339 | Atlanta, Georgia 30339 |
| (404) 892-4900 | (678) 888-0036 |
| mjw@warlawgroup.com | darylclarida@hbgm.com |
| tss@warlawgroup.com | hilaryadams@hbgm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the foregoing document was prepared in Book Antiqua, 13 Point Font as allowed by Local Rule 5.1, and further certify that I have this day served a copy of the within and foregoing upon all parties to this matter via the CM/ECF system for electronic notification to all counsel of record.

This 4th day of December, 2017.

| WARSHAUER LAW GROUP, P.C. | HALL BLOCH GARLAND & MEYER, LLP |
|---|---|
| By: _____ | |
| Michael J. Warshauer | By: _____ |
| Georgia Bar No. 018720 | Daryl G. Clarida |
| Trent Shuping | Georgia Bar No. 126391 |
| Georgia Bar No. 159083 | Hilary Houston Adams |
| 2740 Bert Adams Road | Georgia Bar No. 926142 |
| Atlanta, Georgia 30339 | 900 Circle 75 Pkwy, Suite 500 |
| (404) 892-4900 | Atlanta, Georgia 30339 |
| mjw@warlawgroup.com | (678) 888-0036 |
| tss@warlawgroup.com | darylclarida@hbgm.com |
| | hilaryadams@hbgm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |