# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BRIAN LAMOND,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE NO. 1:16-CV-03306-AT |
| **NORFOLK SOUTHERN** | ) |
| **RAILWAY COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Brian Lamond and Defendant Norfolk Southern Railway Company, by their representative undersigned counsel, hereby stipulate as follows that:

(1) The action will be dismissed with prejudice; and,

(2) Each party shall bear its own attorneys' fees and costs incurred in this action.

Respectfully submitted this 15th day of December, 2017.

(*Signatures on following page*)

| | |
|---|---|
| WARSHAUER LAW GROUP, P.C. | HALL BLOCH GARLAND & MEYER, LLP |
| */s/ Michael J. Warshauer* | */s/ Daryl G. Clarida* |
| Michael J. Warshauer, Esq. | Daryl G. Clarida, Esq. |
| Georgia Bar No. 018720 | Georgia Bar No. 126391 |
| Trent Shuping, Esq. | Hilary Houston Adams, Esq. |
| Georgia Bar No. 159083 | Georgia Bar No. 926142 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2740 Bert Adams Road | 900 Circle 75 Parkway |
| Atlanta, Georgia 30339 | Suite 500 |
| (404) 892-4900 | Atlanta, GA  30339-3099 |
| mjw@warlawgroup.com | (678) 888-0036 |
| tss@warlawgroup.com | darylclarida@hbgm.com |
| | hilaryadams@hbgm.com |

FISHER & PHILLIPS LLP

*/s/ Michael P. Elkon*
Michael P. Elkon, Esq.
Georgia Bar No. 243355
Attorneys for Defendant
1075 Peachtree Street, NE
Suite 3500
Atlanta, Georgia  30309
(404) 231-1400
melkon@fisherphillips.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **Stipulation of Dismissal with Prejudice** by using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Daryl G. Clarida, Esq.
>Hilary Houston Adams, Esq.
>HALL, BLOCH, GARLAND & MEYER, LLP
>900 Circle 75 Parkway
>Suite 500
>Atlanta, GA  30339-3099
>
>Michael P. Elkon, Esq.
>FISHER & PHILLIPS LLP
>1075 Peachtree Street, NE
>Suite 3500
>Atlanta, Georgia  30309

This 15th day of December 2017.

                                       _/s/ *Michael J. Warshauer*
                                        Michael J. Warshauer